IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                                PLAINTIFF

v.                                     No. 3:17-cv-279-DPM

**BENJAMIN W. BRISTOW, Attorney;**
**CINDY THYER, Circuit Judge; and**
**JUDGE BROWN, Circuit Judge**                                         DEFENDANTS

## ORDER

I recuse. Judge Cindy Thyer is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 October 2017