**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVIVSION**

RUBBY JAMES GRAY                                                                PLAINTIFF

v.                                    NO. 3:17CV0279 JLH

BENJAMIN W. BRISTROW, *et al*.                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE